2/12/02

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROY L. WHITE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 99 C 4023 |
| v. | ) | Judge Leinenweber |
| | ) | Magistrate Judge Denlow |
| FINANCIAL CREDIT CORPORATION, | ) | |
| and JOHN DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

DOCKETED JAN 2 9 2002

PAID Rct 1061812 JAN 2 8 2002

FILED JAN 2 8 2002 MICHAEL W. DOBBINS, CLERK UNITED STATES DISTRICT COURT

MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT

### NOTICE OF APPEAL

Notice is hereby given that plaintiff Roy L. White appeals to the United States Court of Appeals for the Seventh Circuit from the Order of the District Court, entered on December 20, 2001, and entered on the docket on December 27, 2001, dismissing plaintiff's complaint in this action and all previous orders affecting that order.

_____
Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Francis R. Greene
EDELMAN, COMBS & LATTURNER LLC
120 South LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
JAN 28 2002
MICHAEL W. DOBBINS, CLERK
UNITED STATES DISTRICT COURT

DOCKETED
JAN 29 2002

| | |
|---|---|
| ROY L. WHITE, | ) |
| Plaintiff, | ) |
| v. | ) 99 C 4023 |
| | ) Judge Leinenweber |
| | ) Magistrate Judge Denlow |
| FINANCIAL CREDIT CORPORATION, | ) |
| and JOHN DOES 1-10, | ) |
| Defendants. | ) |

## NOTICE OF FILING

TO: James C. Vlahakis
HINSHAW & CULBERTSON
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601-1081

   **PLEASE TAKE NOTICE** that on January 28, 2002, we caused to be filed with the United States District Court, Northern District of Illinois, Eastern Division, plaintiff's **NOTICE OF APPEAL**, a copy of which is attached and hereby served upon you.

Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Francis R. Greene
EDELMAN, COMBS & LATTURNER LLC
120 South LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

I:\Case\Fina4.954\Pleading\notfil5

1



## CERTIFICATE OF SERVICE

I, Daniel A. Edelman, hereby certify that on January 28, 2002, I had a copy of the foregoing document served by U.S. Mail upon each party to whom it is directed.

_____
Daniel A. Edelman