IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROY L. WHITE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 99 C 4023 |
| v. ) | Judge Leinenweber |
| ) | Magistrate Judge Denlow |
| FINANCIAL CREDIT CORPORATION, ) | |
| and JOHN DOES 1-10, ) | |
| ) | |
| Defendants. ) | |

DOCKETED JAN 29 2002

FILED JAN 28 2002

MICHAEL W. DOBBINS, CLERK
UNITED STATES DISTRICT COURT

### DOCKETING STATEMENT

This action was brought under the Fair Debt Collection Practices Act, 15 U.S.C. §1692 et seq. ("FDCPA"), and the Credit Repair Organizations Act, 15 U.S.C. §1679 et seq. ("CROA"). The District Court had jurisdiction under 15 U.S.C. §1692k and 28 U.S.C. §§1331 and 1337.

On December 20, 2001, this Court entered an order dismissing this action. The order was entered on the docket on December 27, 2001.

Plaintiff is filing his notice of appeal along with this docketing statement on January 28, 2002. The United States Court of Appeals for the Seventh Circuit has jurisdiction under 28 U.S.C. §1291.

_____
Daniel A. Edelman

I:\Case\Fina4.954\Pleading\dockstmt     1



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROY L. WHITE, | ) **DOCKETED** ) | |
| Plaintiff, | ) JAN 2 9 2002 ) | |
| v. | ) ) | 99 C 4023<br>Judge Leinenweber<br>Magistrate Judge Denlow |
| FINANCIAL CREDIT CORPORATION,<br>and JOHN DOES 1-10, | ) ) ) ) ) | |
| Defendants. | ) | |

**FILED**
JAN 28 2002
MICHAEL W. DOBBINS, CLERK
UNITED STATES DISTRICT COURT

## NOTICE OF FILING

TO: James C. Vlahakis
HINSHAW & CULBERTSON
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601-1081

**PLEASE TAKE NOTICE** that on January 28, 2002, we caused to be filed with the United States District Court, Northern District of Illinois, Eastern Division, plaintiff's **DOCKETING STATEMENT**, a copy of which is attached and hereby served upon you.

_____
Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Francis R. Greene
EDELMAN, COMBS & LATTURNER LLC
120 South LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)



## CERTIFICATE OF SERVICE

I, Daniel A. Edelman, hereby certify that on January 28, 2002, I had a copy of the foregoing document served by U.S. Mail upon each party to whom it is directed.

```
                                    _____
                                    Daniel A. Edelman
```

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Francis R. Greene
EDELMAN, COMBS & LATTURNER LLC
120 South LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)